# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT OF OKLAHOMA
## WESTERN DISTRICT

| | |
|---|---|
| (1)    SONIC INDUSTRIES LLC, <br> a Delaware limited liability company, <br> (2)    SONIC FRANCHISING LLC, <br> a Delaware limited liability company, <br> (3)    AMERICA'S DRIVE-IN BRAND <br> PROPERTIES LLC, a Kansas limited <br> liability company, and <br> (4)    SONIC INDUSTRIES SERVICES, INC., <br> an Oklahoma corporation, <br><br> Plaintiffs, <br><br> v. <br><br> (1)    OLYMPIC CASCADE DRIVE INS, LLC, <br> (2)    RICHARD RAMSEY, <br> (3)    STEPHEN S. SNYDER, <br> (4)    PACNW GAGE DRIVE-INS, LLC, <br> (5)    PACNORTHWEST DRIVE-INS, LLC, <br> (6)    PACNW PSC DRIVE-INS, LLC, <br> (7)    PACNW WEN DRIVE-IN, LLC, <br> (8)    PACNW FERNDALE DRIVE-IN, LLC, <br> (9)    PACNW 1ST DRIVE-IN, LLC, <br> (10)  PATRICIA GREGG, <br> (11)  ANTHONY J.W. GEWALD, and <br> (12)  ANDREW WHYTE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## VERIFICATION OF E. EDWARD SAROCH

I, **E. EDWARD SAROCH**, state as follows:

1.    I have been employed by Sonic Industries Services, Inc., its predecessors and/or affiliated entities since October 9, 1995. My current position is Chief Operating Officer.

2. I have reviewed the Complaint on behalf of Plaintiffs Sonic Industries LLC, Sonic Franchising LLC, Sonic Industries Services Inc., and America's Drive-in Brand Properties LLC (collectively "Sonic").

3. I make this Verification based on my own personal knowledge and information contained in Sonic's business records.

4. On behalf of Sonic, I have verified the accuracy of the factual allegations contained in the Complaint.

Dated: May 31, 2022

By: _____

**E. EDWARD SAROCH**