# EXHIBIT 2

## Sonic Trademark Registrations ® and Applications TM

| Trademark | Country | Reg. No. / Date | App. No. / Date | Owner | Status |
|---|---|---|---|---|---|
| AMERICA'S DRIVE-IN | U.S. | 2558947 4-9-02 | 78058933 4-17-01 | America's Drive-In Brand Properties LLC | Registered |
| AMERICA'S HAPPY HOUR | U.S. | 5051469 9/27/16 | 77713653 4-14-09 | America's Drive-In Brand Properties LLC | Registered |
| AMERICA'S HOT DOG HEADQUARTERS | U.S. | 5004870 7-19-16 | 86696987 7-17-15 | America's Drive-In Brand Properties LLC | Registered |
| BIG SCOOP COOKIE DOUGH SUNDAE | U.S. | 6701902 4-12-2-22 | 88362514 3-29-19 | America's Drive-In Brand Properties LLC | Registered |
| BIG SCOOP COOKIE DOUGH BLAST | U.S. | N/A | 88361039 3-28-19 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| BREAKFAST TOASTER | U.S. | 2550137 3-19-02 | 78016679 7-13-00 | America's Drive-In Brand Properties LLC | Registered |
| CHED 'R' BITES | U.S. | 1980526 6-18-96 | 74581627 10-3-94 | America's Drive-In Brand Properties LLC | Registered |
| CHED'R'PEPPERS | U.S. | 1961572 3-12-96 | 74581638 10-3-94 | America's Drive-In Brand Properties LLC | Registered |
| CINNASNACKS | U.S. | 3664289 8-4-09 | 77290275 9-27-07 | America's Drive-In Brand Properties LLC | Registered |
| CLUBHOUSE | U.S. | 5459615 5-1-18 | 87042017 5-18-16 | America's Drive-In Brand Properties LLC | Registered |
| COMMUNITY FIRST | U.S. | 2933234 3-15-05 | 78380328 3-8-04 | America's Drive-In Brand Properties LLC | Registered |
| CREAMSLUSH | U.S. | 2781847 11-11-03 | 78128660 5-14-02 | America's Drive-In Brand Properties LLC | Registered |
| CROISSONIC | U.S. | 3706594 11-3-09 | 77550109 8-19-08 | America's Drive-In Brand Properties LLC | Registered |
| DAILY DRINK DESTINATION | U.S. | 5162305 3-14-17 | 86842256 12-8-15 | America's Drive-In Brand Properties LLC | Registered |
| DAILY DRINK DESTINATION (DESIGN) | U.S. | 5162307 3-14-17 | 86842819 12-8-15 | America's Drive-In Brand Properties LLC | Registered |
| Design Only | U.S. | 1514051 11-22-88 | 73667555 6-22-87 | America's Drive-In Brand Properties LLC | Registered |
| FIRST IN LINE, EVERY TIME | U.S. | 5973579 1-28-20 | 87708777 12-5-17 | America's Drive-In Brand Properties LLC | Registered |
| FROZEN CLUBHOUSE | U.S. | 5476275 5-22-18 | 87164847 9-8-16 | America's Drive-In Brand Properties LLC | Registered |
| FROZEN ZONE | U.S. | 4365116 7-9-13 | 85217666 1-14-11 | America's Drive-In Brand Properties LLC | Registered |
| HOT DOG HEADQUARTERS | U.S. | 5059684 10-11-16 | 87043764 5-19-16 | America's Drive-In Brand Properties LLC | Registered |
| ICED COFFEE TWISTS | U.S. | 5449250 4-17-18 | 87138185 8-15-16 | America's Drive-In Brand Properties LLC | Registered |
| ISLAND FIRE | U.S. | 5106029 12-20-16 | 86719912 8-10-15 | America's Drive-In Brand Properties LLC | Registered |
| JUMBO POPCORN CHICKEN | U.S. | 2826731 3-23-04 | 78174920 10-16-02 | America's Drive-In Brand Properties LLC | Registered |

**Error! Unknown document property name.**

| Trademark | Country | Reg. No. / Date | App. No. / Date | Owner | Status |
|---|---|---|---|---|---|
| LIL' GRILLERS | U.S. | 5215246 5-30-17 | 87047216 5-23-16 | America's Drive-In Brand Properties LLC | Registered |
| LIMEADES FOR LEARNING | U.S. | 3815553 7-6-10 | 77732968 5-8-09 | America's Drive-In Brand Properties LLC | Registered |
| LIMEADES FOR LEARNING SONIC & Design | U.S. | 6702306 4-12-22 | 90041642 7-8-20 | America's Drive-In Brand Properties LLC | Registered |
| MASTER SHAKE | U.S. | 5602449 11-6-18 | 87534211 7-19-17 | America's Drive-In Brand Properties LLC | Registered |
| MASTER SHAKES | U.S. | 4713682 3-31-15 | 85159585 1-7-14 | America's Drive-In Brand Properties LLC | Registered |
| MORNING DRINK STOP | U.S. | 4752730 6-9-15 | 85152610 12-26-13 | America's Drive-In Brand Properties LLC | Registered |
| MY SONIC | U.S. | 3007979 10-18-05 | 78403434 4-16-04 | America's Drive-In Brand Properties LLC | Registered |
| MY SONIC | U.S. | 3088615 5-2-06 | 78444641 7-1-04 | America's Drive-In Brand Properties LLC | Registered |
| MY SONIC | U.S. | 4359242 6-25-13 | 85684537 7-23-12 | America's Drive-In Brand Properties LLC | Registered |
| MY SONIC INSIGHT COUNCIL | U.S. | 4872778 12-22-15 | 86379403 8-28-14 | America's Drive-In Brand Properties LLC | Registered |
| OCEAN WATER | U.S. | 2043303 3-11-97 | 75060223 2-20-96 | America's Drive-In Brand Properties LLC | Registered |
| OCEAN WATER | U.S. | 6688158 3-29-22 | 90530670 2-16-21 | America's Drive-In Brand Properties LLC | Registered |
| OUR CUP IS YOUR CANVAS | U.S. | 5520619 7-17-18 | 87426674 4-26-17 | America's Drive-In Brand Properties LLC | Registered |
| PICKLE-O'S | U.S. | 2989462 8-30-05 | 78437843 6-18-04 | America's Drive-In Brand Properties LLC | Registered |
| ROUTE 44 | U.S. | 1642215 4-23-91 | 73829734 10-6-89 | America's Drive-In Brand Properties LLC | Registered |
| RT 44 | U.S. | 5770352 6-4-19 | 87568038 8-14-17 | America's Drive-In Brand Properties LLC | Registered |
| S (DESIGN) | U.S. | 5215233 5-30-17 | 87034659 5-12-16 | America's Drive-In Brand Properties LLC | Registered |
| SNOWBALL SLUSH FLOAT | U.S. | N/A | 97274172 2-18-22 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| SONIC | U.S. | 0776766 9-8-64 | 72176119 8-30-63 | America's Drive-In Brand Properties LLC | Registered |
| SONIC | U.S. | 2750588 8-12-03 | 78176749 10-21-02 | America's Drive-In Brand Properties LLC | Registered |
| SONIC | U.S. | 2777963 10-28-03 | 78175692 10-17-02 | America's Drive-In Brand Properties LLC | Registered |
| SONIC | U.S. | 0982964 4-30-74 | 72460362 6-15-73 | America's Drive-In Brand Properties LLC | Registered |
| SONIC | U.S. | 4214439 9-25-12 | 85052019 6/1/10 | America's Drive-In Brand Properties LLC | Registered |
| SONIC & Design | U.S. | 6206939 11-24-20 | 88609947 9-9-19 | America's Drive-In Brand Properties LLC | Registered |

Error! Unknown document property name.

| Trademark | Country | Reg. No. / Date | App. No. / Date | Owner | Status |
|---|---|---|---|---|---|
| SONIC (Stylized) | U.S. | 6206940 11-24-20 | 88609990 9-9-19 | America's Drive-In Brand Properties LLC | Registered |
| SONIC & Design (color) | U.S. | 6207170 11-24-20 | 88668671 10-25-19 | America's Drive-In Brand Properties LLC | Registered |
| SONIC & Design | U.S. | N/A | 90530668 2-16-21 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| SONIC & Design | U.S. | N/A | 97325719 3-23-22 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| SONIC | U.S. | N/A | 97325722 3-23-22 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| SONIC 3D | U.S. | 5693338 3-5-19 | 87803683 2-20-18 | America's Drive-In Brand Properties LLC | Registered |
| SONIC 3D (DESIGN) | U.S. | 5898128 10-29-19 | 87921654 5-15-18 | America's Drive-In Brand Properties LLC | Registered |
| SONIC and Design | U.S. | 2923271 2-1-05 | 78361105 2-2-04 | America's Drive-In Brand Properties LLC | Registered |
| SONIC and Design | U.S. | 2067808 6-3-97 | 74713894 8-10-95 | America's Drive-In Brand Properties LLC | Registered |
| SONIC and Design | U.S. | 2062125 5-13-97 | 74713893 8-10-95 | America's Drive-In Brand Properties LLC | Registered |
| SONIC BEACH | U.S. | 4191171 8-14-12 | 85063228 6-15-10 | America's Drive-In Brand Properties LLC | Registered |
| SONIC BLAST | U.S. | 1453414 8-18-87 | 73640354 1-20-87 | America's Drive-In Brand Properties LLC | Registered |
| SONIC BOOM BOX | U.S. | 5210812 5-23-17 | 87041702 5-18-16 | America's Drive-In Brand Properties LLC | Registered |
| SONIC DRIVE-IN SERVICE WITH THE SPEED OF SOUND (DESIGN) | U.S. | 0777151 9-15-64 | 72176120 8-30-63 | America's Drive-In Brand Properties LLC | Registered |
| SONIC ICE | U.S. | 6688144 3-29-22 | 90520748 2-9-21 | America's Drive-In Brand Properties LLC | Registered |
| SONIC NIGHTS | U.S. | 5834483 8-13-19 | 88292386 2-7-19 | America's Drive-In Brand Properties LLC | Registered |
| SONIC PAY | U.S. | 5465590 5-8-18 | 87313628 1-25-17 | America's Drive-In Brand Properties LLC | Registered |
| SONIC SUMMER NIGHTS | U.S. | 6373840 6-1-21 | 88698430 11-19-19 | America's Drive-In Brand Properties LLC | Registered |
| SONIC SUNRISE | U.S. | 2553330 3-26-02 | 75756940 7-21-99 | America's Drive-In Brand Properties LLC | Registered |
| SONIC WACKY APP | U.S. | 5039420 9-13-16 | 86802350 10-28-15 | America's Drive-In Brand Properties LLC | Registered |
| SONIC WAVE | U.S. | 2530306 1-15-02 | 75684136 4-15-99 | America's Drive-In Brand Properties LLC | Registered |
| SONIC WAVE (DESIGN) | U.S. | 4813790 9-15-15 | 86215975 3-10-14 | America's Drive-In Brand Properties LLC | Registered |
| SUPER CRUNCH | U.S. | 4957559 5-10-16 | 86510744 1-22-15 | America's Drive-In Brand Properties LLC | Registered |

**Error! Unknown document property name.**

| Trademark | Country | Reg. No. / Date | App. No. / Date | Owner | Status |
|---|---|---|---|---|---|
| SUPERSONIC | U.S. | 2756317 8-26-03 | 78174729 10-15-02 | America's Drive-In Brand Properties LLC | Registered |
| SUPERSONIC | U.S. | 3158741 10-17-06 | 78786775 1-6-06 | America's Drive-In Brand Properties LLC | Registered |
| THIS IS HOW WE SUMMER | U.S. | 6688250 3-29-22 | 90596471 3-23-21 | America's Drive-In Brand Properties LLC | Registered |
| THIS IS HOW WE SONIC | U.S. | 6584119 12-7-21 | 88702936 11-22-19 | America's Drive-In Brand Properties LLC | Registered |
| THIS IS HOW YOU SONIC | U.S. | 4180446 7-24-12 | 85297796 4-18-11 | America's Drive-In Brand Properties LLC | Registered |
| TOASTER | U.S. | 2348989 5-9-00 | 75372689 10-14-97 | America's Drive-In Brand Properties LLC | Registered |
| TOTWICH | U.S. | N/A | 97274209 2-18-22 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| TWISTED AVOCADO | U.S. | N/A | 88478725 6-18-19 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| ULTIMATE DRINK STOP | U.S. | 3383077 2/12/08 | 78797337 1-23-06 | America's Drive-In Brand Properties LLC | Registered |
| ULTIMATE MEAT & CHEESE BREAKFAST BURRITO | U.S. | 4162604 6-19-12 | 85371180 7-14-11 | America's Drive-In Brand Properties LLC | Registered |
| UNCORKED SLUSHES | U.S. | N/A | 90042020 7-8-20 | America's Drive-In Brand Properties LLC | Pending (ITU Application) |
| WACKY PACK! | U.S. | N/A | 97200772 1-3-22 | America's Drive-In Brand Properties LLC | Pending (Use-based Application) |
| WACKY PACK | U.S. | 2130809 1-20-98 | 74359667 2-16-93 | America's Drive-In Brand Properties LLC | Registered |
| WING NIGHT IN AMERICA | U.S. | 4938677 4-12-16 | 86607699 4-23-15 | America's Drive-In Brand Properties LLC | Registered |
| YOUR MORNING DRINK STOP! | U.S. | 2681333 1-28-03 | 78118454 3-29-02 | America's Drive-In Brand Properties LLC | Registered |

**Error! Unknown document property name.**